**No. 43519.**—Protest 833621–G of Wm. Shaland (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of paperweights similar to those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20).   The claim at 40 percent under paragraph 339 was therefore sustained.